No. 75–1749. TOIA, ACTING COMMISSIONER, DEPART-
MENT OF SOCIAL SERVICES OF NEW YORK, ET AL. *v.* KLEIN ET
AL. Appeal from D. C. E. D. N. Y. Motion of appellees for
leave to proceed *in forma pauperis* granted, judgment vacated,
and case remanded for further consideration in light of *Beal* v.
*Doe,* 432 U. S. 438 (1977), and *Maher* v. *Roe,* 432 U. S. 464
(1977). MR. JUSTICE BRENNAN, MR. JUSTICE MARSHALL, and
MR. JUSTICE BLACKMUN would affirm the judgment. ■

No. 76–595. LEVITT, COMPTROLLER OF NEW YORK, ET AL. *v.*
COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET
AL.; and
No. 76–713. LA SALLE ACADEMY ET AL. *v.* COMMITTEE FOR
PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL. Appeals
from D. C. S. D. N. Y. Judgment vacated and cases
remanded for further consideration in light of *Wolman* v.
*Walter, ante,* p. 229. MR. JUSTICE BRENNAN, MR. JUSTICE
MARSHALL, and MR. JUSTICE STEVENS would affirm the judg-
ment. Reported below: 414 F. Supp. 1174.

No. 76–846. RUSH ET AL. *v.* SAVCHUK. Appeal from Sup.
Ct. Minn. Judgment vacated and case remanded for further
consideration in light of *Shaffer* v. *Heitner, ante,* p. 186.

No. 76–1503. ATCHISON, TOPEKA & SANTA FE RAILWAY
CO. ET AL. *v.* WICHITA BOARD OF TRADE ET AL. Appeal from
D. C. Kan. Judgment vacated and case remanded with direc-
tions to remand case to the Interstate Commerce Commission
for further consideration in connection with its reconsideration
of *Secretary of Agriculture* v. *Interstate Commerce Commis-
sion,* No. 76–1026 (CADC Mar. 11, 1977), on remand from the
United States Court of Appeals for the District of Columbia
Circuit. MR. JUSTICE POWELL took no part in the considera-
tion or decision of this appeal.